No: 393, Misc. SNOW v. WAINRIGHT, CORRECTIONS DIRECTOR;

No. 771, Misc. ANDERSON v. CALIFORNIA; and

No. 804, Misc. IN RE ORTEGA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 462. WASHINGTON PUBLIC POWER SUPPLY SYSTEM v. FEDERAL POWER COMMISSION ET AL. C. A. D. C: Cir. Motions of Pacific Northwest Power Co. and the State of Oregon to be added as parties respondent granted. Certiorari granted and case set for oral argument immediately following No. 463. *Northcutt Ely* for petitioner. *Richard A. Solomon, Howard E. Wahrenbrock, Peter H. Schiff* and *Joel Yohalem* for Federal Power Commission; *Francis M. Shea, William H. Dempsey, Jr.,* and *Ralph J. Moore, Jr.,* for Pacific Northwest Power Co.; and *Robert Y. Thornton,* Attorney General, and *Richard W. Sabin* and *Leon L. Hagan,* Assistant Attorneys General, for the State of Oregon, respondents. *Allan G. Shepard,* Attorney General of Idaho, and *T. J. Jones III* for Idaho Fish and Game Commission; and *Joseph T. Mijich* for Washington State Sportsmen's Council, Inc., et al., intervenors below, in opposition to the petition.

No. 480. WARDEN, MARYLAND PENITENTIARY v. HAYDEN. C. A. 4th Cir. Certiorari granted. Motion of respondent for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. *Thomas B. Finan,* Attorney General of Maryland, and *Franklin Goldstein,* Assistant Attorney General, for petitioner. *Thomas S. Currier* for respondent.